```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW HAMPSHIRE
```

Jimmy Smith

    v.                                    Case No. 21-cv-190-PJB-AKJ

Roger Williams Law School


<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 18, 2022.  The defendant is allowed 21 days from the date of this Order, to either file an answer with respect to the newly added claims, or to replace or supplement its pending motion to dismiss (Doc. No. 41) to address those claims; and allow supplemental objections or replies to be filed in accordance with the Federal Rules of Civil Procedure.

                                                                  /s/Paul Barbadoro<br>
                                                                  Paul J. Barbadoro<br>
                                                                  United States District Judge

Date: July 21, 2022

cc: Jimmy Smith, pro se<br>
    Counsel of Record