# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF RHODE ISLAND

JIMMY SMITH,

    Plaintiff,

    v.                                                                        1:21-cv-00190-PJB-AKJ

ROGER WILLIAMS LAW SCHOOL,

    Defendant.

## JUDGMENT

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

    Pursuant to this Court's Order entered on February 27, 2023, and in accordance with Fed. R. Civ. P. 58, judgment is entered dismissing the Amended Complaint.

    It is so ordered.

February 27, 2023                             By the Court:

                                                                                   /s/ Hanorah Tyer-Witek
                                                                                   Clerk of Court