UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Court No 21-cv-190-PJB-AKJ

JIMMY SMITH

v.

ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW

Defendants

**PLAINTIFF SMITH'S**
**NOTICE OF APPEAL**

Plaintiff Smith appeals Documents 103, 104, 95, 79, the Text Order on 03/22/2022, the 03/18/2022 Text Order, and the 01/03/2022 Text Orders concerning the motion to seal, the motion for reconsideration and the motion to strike. Plaintiff also appeals the decision not to follow the 06/24/2021 Text Order and decision not to have a hearing at all in this matter.

Respectfully submitted,

Jimmy Smith

66 French Avenue

Brockton, Ma 02301

617-579-7449

jabroni3166@gmail.com

/s/ Jimmy Smith

## **CERTIFICATE OF SERVICE**

      I certify that, on the 23rd day of March, 2023, I filed a copy of this Notice via the Court's electronic filing system.

/s/ Jimmy Smith